# United States District Court
# Central District of California

| | |
|---|---|
| ARMANDEEP KAUR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-03172-ODW (MRWx)<br><br>**ORDER GRANTING TEMPORARY EMERGENCY STAY OF REMOVAL** |

On April 6, 2020, Armandeep Kaur ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Pet., ECF No. 1.) Petitioner is a citizen of India who is currently detained by United States Immigration and Customs Enforcement at the Adelanto Detention Center. (Pet. ¶ 1.) On October 28, 2019, an Asylum Officer conducted a credible fear interview of Petitioner and made a negative credible fear determination. (Pet. ¶ 2.) The Asylum Officer also found that Petitioner was barred from asylum due to the third country transit bar. (Pet. ¶ 19.) On November 14, 2019, without a review hearing, an Immigration Judge issued a Final Order in Credible Fear Review Proceedings, ordering that Petitioner be removed from the United States. (Pet. ¶ 3.) On April 1,

| | |
|---|---|
| 1 | 2020, an Immigration Judge affirmed the Asylum Officer's determination and |
| 2 | Petitioner now faces imminent deportation and removal to India. (Pet. ¶¶ 4, 6, Ex. F.) |
| 3 | In her Petition, Petitioner challenges the procedures and legal standards applied |
| 4 | in her Credible Fear Review Proceeding. (*See* Pet.) Petitioner seeks an order to show |
| 5 | cause directing respondents to show cause why the Petition should not be granted and |
| 6 | why Petitioner should not be released from custody upon a reasonable bond, among |
| 7 | other things. (*See* Pet. at 29–30.) Petitioner also seeks an emergency order staying all |
| 8 | deportation and removal proceedings against her and preventing her transfer from the |
| 9 | jurisdiction of this Court. (Pet. ¶ 7.) Petitioner alleges she faces imminent removal to |
| 10 | India and indicates in the Proposed Order submitted with the Petition that she may be |
| 11 | removed by Wednesday April 8, 2020. (Pet. ¶ 6; Proposed Order 2, ECF No. 1-4.) |
| 12 | This Court has jurisdiction to grant at least the emergency relief requested. *See* |
| 13 | *Thuraissiginam v. Dept. of Homeland Sec.*, 917 F.3d 1097 (9th Cir. 2019), *cert.* |
| 14 | *granted*, 2019 WL 5281289 (U.S. Oct. 18, 2019) (No. 19-161). Respondents have not |
| 15 | yet had an opportunity to respond to the Petition, and the Court expresses no views at |
| 16 | this time as to the merits of Petitioner's habeas petition or request for stay of removal. |
| 17 | However, in light of the immediacy of irreparable harm to Petitioner absent a stay |
| 18 | pending the Court's review of the case's merits, the Court finds a temporary stay is |
| 19 | warranted. |
| 20 | /// |
| 21 | /// |
| 22 | /// |

For the reasons stated above, **IT IS HEREBY ORDERED**:

1. Petitioner's request for a temporary stay of the removal proceedings and transfer from this judicial district is **GRANTED**. The temporary stay will remain in effect until the Court issues a ruling on this matter.

2. By no later than **April 20, 2020**, respondents shall file a response to the Petitioner's request for an order staying all deportation and removal actions against her.

**IT IS SO ORDERED.**

April 6, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**